

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00619-CR

Rudy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4957
Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment revoking Appellant's deferred adjudication is AFFIRMED.

SIGNED October 14, 2015.

_____
Jason Pulliam, Justice